# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

May 20, 2026

*By the Court:*

| | |
|---|---|
| Nos. 26-2082 & 26-2083 | WARREN RICHARDS,<br>      Plaintiff - Appellant<br><br>v.<br><br>FASHION NOVA, LLC and SHEIN DISTRIBUTION CORPORATION,<br>      Defendants - Appellees |
| **Originating Case Information:** | |
| District Court Nos: 1:25-cv-01145-TWP-MKK & 1:25-cv-01385-TWP-TAB<br>Southern District of Indiana, Indianapolis Division<br>District Judge Tanya Walton Pratt | |

The court, on its own motion, orders these appeals are **CONSOLIDATED** for purposes of briefing and disposition. The briefing schedule is as follows:

1. The appellant shall file a consolidated brief and required short appendix on or before June 29, 2026.

2. The appellees shall file a consolidated brief on or before July 29, 2026.

3. The appellant shall file a reply brief, if any, on or before August 19, 2026.

Important Scheduling Notice!

Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than seven days after the filing of the appellee's brief. *See* Cir. R. 34(b)(3), (4). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).

form name: **c7_Order_BTC**    (form ID: **178**)