# In the United States Court of Appeals for the Seventh Circuit

WARREN RICHARDS, *individually and on behalf of all others similarly situated*,
*Plaintiff-Appellant*,

v.

SHEIN DISTRIBUTION CORPORATION,
*Defendant-Appellee*.

On Appeal from the United States District Court
for the Southern District of Indiana
Case No. 1:25-cv-01145-TWP-MKK (The Hon. Tanya Walton Pratt)

## DOCKETING STATEMENT OF PLAINTIFF-APPELLANT

Plaintiff Warren Richards, individually and on behalf of all others similarly situated, hereby submits this docketing statement pursuant to the Circuit Rule 3(c)(1):

1. This appeal is taken from the order granting Defendant Fashion Nova, LLC's motion to dismiss and the final judgment in this action, entered on March 26, 2026, and April 17, 2026, respectively, by the Honorable Tanya Walton Pratt.

2. The district court had jurisdiction over this matter under 28 U.S.C. § 1331 because this is a civil action arising under the laws of the United States, namely 47 U.S.C. § 227(c)(5) of the Telephone Consumer Protection Act ("TCPA").

3. The Court of Appeals has jurisdiction in this matter pursuant to 28 U.S.C. § 1291.

4. The Notice of Appeal was timely filed with the District Court on May 18, 2026.

5. There are no prior appellate proceedings in this matter.

6. There are no related cases or appeals pending in any court.

7. No motions for a new trial or to reconsider the judgment were filed.

8. No motions to extend the time to appeal were filed.

9. This is a civil case that does not involve any criminal convictions. 28 U.S.C § 1915(g) is inapplicable. This case does not involve a collateral attack on a criminal conviction.

10. None of the parties to this litigation appear in an official capacity.

Dated: June 8, 2026

Respectfully submitted,

/s/ *Anthony Paronich*
ANTHONY PARONICH
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
*anthony@paronichlaw.com*

*Counsel for Plaintiff-Appellant*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 8, 2026, I electronically filed the foregoing docketing statement with the Clerk of the Court for the U.S. Court of Appeals for the Seventh Circuit by using the CM/ECF system. All participants are registered CM/ECF users and will be served by the CM/ECF system.

/s/ *Anthony Paronich*
ANTHONY PARONICH