# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

June 11, 2026

Before

CANDACE JACKSON-AKIWUMI, *Circuit Judge*

|  |  |
|---|---|
| Nos. 26-2082 & 26-2083 | WARREN RICHARDS, individually and on behalf of all others similarly situated,<br>    Plaintiff - Appellant<br><br>v.<br><br>FASHION NOVA, LLC, and  SHEIN DISTRIBUTION CORPORATION,<br>    Defendants - Appellees |
| **Originating Case Information:** ||
| District Court Nos: 1:25-cv-01145-TWP-MKK & 1:25-cv-01385-TWP-TAB<br>Southern District of Indiana, Indianapolis Division<br>District Judge Tanya Walton Pratt ||

Upon consideration of the **JOINT MOTION FOR STAY OF APPEAL**, filed on June 8, 2026, by counsel for the parties,

**IT IS ORDERED** that the motion is **GRANTED**. Proceedings in this appeal are **SUSPENDED** pending the court's decision in *Steidinger, et al. v. Blackstone Medical Services*, No. 25-2398. The parties shall file position statements within seven days of a decision in that case.